AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:26MJ3034 |
| | ) | |
| | ) | |
| MANJOT SINGH | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 14, 2026_____ in the county of _____Hamilton_____ in the _____ District of _____Nebraska_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1), (b)(1) | Possession of 5 kilograms or more of cocaine with intent to distribute |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF SGT. JASON PROBASCO.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Probasco, Sgt. NSP
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date:  3/20/2026

_____
*Judge's signature*

City and state:       Lincoln, Nebraska

Jacqueline M. DeLuca, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Jason Probasco, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property— a cell phone, more fully described in Attachment A to this application —which is currently in law enforcement possession, and the extraction from that property of electronically stored information described in Attachment B to this application.

2.     I am presently employed as an Investigative Sergeant for the Nebraska State Patrol (NSP), assigned to the Drug Division and as a supervisor of the Tri-Cities Drug Enforcement Team (TRIDENT) in central Nebraska. I am a deputized investigator or a law enforcement officer of the United States, within the meaning of Section 878 of Title 21, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 21, United States Code.  I have been continuously employed as a certified law enforcement officer since 1992 and with the Nebraska State Patrol since the year 2000. I have been assigned to the Investigative Services Division since 2007 and have completed more than 200 hours of training dealing with controlled substances and the distribution thereof, including training held by the Tri-City Drug Task Force, Drug Enforcement Administration, Federal Bureau of Investigation, Nebraska U.S. Attorney's Office, High Intensity Drug Trafficking Areas, Desert Snow, Nebraska Law Enforcement Training Center, Nebraska Law Enforcement Intelligence Network, Midwest Counterdrug Training Center, and Nebraska State Patrol (NSP). I have also attended multiple training seminars which included topics related to the use, possession, distribution and manufacture of illegal drugs and narcotics. I have personally

handled, or assisted other officers with numerous cases involving possession, manufacture, and delivery of controlled substances throughout his 33-year career in law enforcement.

## AFFIDAVIT PURPOSE

3. This affidavit is submitted to support a criminal complaint and application for arrest warrant for and against Manjot Singh.

4. Based on my training and experience and the facts set forth in this affidavit, I submit there is probable cause to believe that Singh violated 21 U.S.C. § 841(a)(1) and (b)(1).

5. Because this affidavit is submitted only to obtain a criminal complaint and arrest warrant, I have set forth only those facts I believe are necessary to establish probable cause for the above-mentioned offenses in paragraph four.

6. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

7. On the night of January 13, 2026, NSP was made aware of a silver Jeep Compass traveling westbound on I-80 by another law enforcement agency. This vehicle was known to be part of a drug and firearm trafficking ring operating between the California Bay area, Canada, and Indianapolis. The other law enforcement agency communicated to NSP that the vehicle and the driver had a high likelihood of transporting narcotics. At approximately 0014 hours, on January 14, 2026, NSP Trooper Eric Rosemann located the vehicle traveling westbound on I-80. Trp. Rosemann observed the vehicle exit at the 332-mile marker, known as the Aurora interchange, in Hamilton County, Nebraska. The vehicle proceeded to Love's Truck Stop and gas station and

parked at the gas pumps. The driver, who was the lone occupant, exited the vehicle. Trp. Rosemann approached the driver, later identified as MANJOT SINGH, who fled on foot from Trp. Rosemann.

8.      Trooper Austin Donner, who is a Police Service Dog (PSD) handler, arrived on scene and deployed PSD Tilt on the Jeep Compass. PSD Tilt is trained in narcotic detention to include methamphetamine, cocaine, heroin and marijuana. PSD Tilt alerted and indicated at the passenger side, rear door and near the rear wheel well.

9.      The vehicle was secured while Trp. Donner and other NSP Troopers attempted to locate SINGH, which was initially unsuccessful. The vehicle was then searched, and 168.79 pounds of cocaine was located within two large duffle bags. The cocaine was packaged in 62 separate bricks.

10.     The vehicle was taken to the NSP Troop C Office in Grand Island and processed. While processing the vehicle a California Driver License and Work Visa, both belonging to MANJOT SINGH, were found in the vehicle. At approximately 0600 hours, the morning of January 14, 2026, Trp. Donner conducted a separate search for SINGH at the Love's Truck Stop gas station and located SINGH approximately 800 meters west of the truck stop. SINGH was given verbal orders not to run, or Trp. Donner would send his dog, and SINGH would be bitten by PSD Tilt. SINGH turned and started to walk away from Trp. Donner, PSD Tilt was deployed to apprehend him. SINGH received injuries from PSD Tilt while being apprehended. SINGH was treated for injuries and then lodged at the Hamilton County Jail. A blue Motorola cell phone was seized from SINGH during his arrest and placed into evidence at the Nebraska State Patrol, Troop C evidence control room.

11.     On January 14, 2026, Investigator Jason Morris attempted to interview MANJOT SINGH about, but not limited to, the 168.79 pounds of cocaine located in the Jeep Compass, his

route of travel, known associates, the rental agreement for the Jeep Compass and the Blue Motorola cell phone seized from SINGH. During the advice of his rights MANJOT SINGH invoked his right to have an attorney present before questioning, therefore SINGH was not questioned.

12.     On January 14, 2026, I was contacted by agents from a Federal Task Force in Sacramento, California. A member of that task force, an FBI Special Agent, reported SINGH is connected to a group of individuals being investigated for drug trafficking in the Sacramento area. SINGH had been dropped off by another suspect at Sacramento Airport, where he originally obtained the Jeep Compass rental vehicle.

13.     On February 5, 2026, a search warrant was granted for the Blue Motorola cell phone. Review of that cell phone by Sgt. Probasco revealed a photograph of a cardboard box containing kilo sized packages, similar to appearance as the kilo packages of cocaine actually found.

14.     The cocaine was sent to the Nebraska State Patrol Crime Lab for testing. Samples of each brick were confirmed to be cocaine. The lab confirmed the weight of one of the bricks was over 1 kilogram of cocaine.

## CONCLUSION

15.     Based on the aforementioned information, Affiant believes probable cause exists that Manjot Singh possessed with intent to distribute controlled substances in Nebraska on or about

January 14, 2026, in violation of 21 U.S.C. § 841(a)(1) and (b)(1).

Respectfully submitted,

_Jason A. Probasco_

Jason Probasco
Drug Investigations Sergeant
Nebraska State Patrol

Sworn to before me by telephone or other reliable electronic means:

3/20/2026
Date

_Ydeluca_

Jacqueline M. DeLuca
United States Magistrate Judge

5